Rodolfo Martinez AC1758
Name and Prisoner/Booking Number

SATF
Place of Confinement

PO BOX 5244
Mailing Address

Corcoran, CA 93212
City, State, Zip Code

FILED
Dec 04, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Rodolfo Martinez,
(Full Name of Plaintiff) Plaintiff,

v.

(1) Edalberto Zaldvar Galves,
(Full Name of Defendant)

(2) _____

(3) _____

(4) _____
Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. __1:25-cv-01733-HBK (PC)__
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: SATF / Corcoran, CA

## B. DEFENDANTS

1. Name of first Defendant: _Edalberto Zaldivar Galves_. The first Defendant is employed as: _Primary Care Physician_ (Position and Title) at _SATF_ (Institution).

2. Name of second Defendant: _____. The second Defendant is employed as: _____ at _____.
   (Position and Title)                                    (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as: _____ at _____.
   (Position and Title)                                    (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ at _____.
   (Position and Title)                                    (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☒ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: _____

2. Claim I. Identify the issue involved. Check only one. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   *See Pages 7 thru 10*

4. Injury. State how you were injured by the actions or inactions of the Defendant(s).

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim I?  ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level?  ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

# CLAIM II

1. State the constitutional or other federal civil right that was violated: N/A

2. Claim II. Identify the issue involved. Check only one. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   N/A

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim II? ☐ Yes ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level? ☐ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

# CLAIM III

1. State the constitutional or other federal civil right that was violated: N/A

2. Claim III. Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each** Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   N/A

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim III? ☐ Yes ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level? ☐ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

## E. REQUEST FOR RELIEF

State the relief you are seeking:

*See Page 17*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___11-12-25___
　　　　　　　　DATE

_____
SIGNATURE OF PLAINTIFF

_Edward B. Spencer_
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

1. Plaintiff is Rodolfo Martinez AC1758.

2. At all times relevant herein, Defendant Idalberto Zaldivar-Galves, MD, PCP (Defendant) is/was aware that Plaintiff was in pain with his head and back being in severe pain. Defendant was aware of the serious medical risks that Plaintiff would be exposed to for ignoring/denying medical treatment for the severe pain in his head and back.

3. A reasonable individual in Defendant Idalberto Zaldivar-Galves, MD, PCP's situation would have known that, by failing to act to obtain medical care for Plaintiff, he was violating his constitutional right.

4. **Defendant Deny Plaintiff Medical Treatment**

5. Plaintiff for **16 months and continuing** was under Defendant's care.

6. Plaintiff informed Defendant of having severe pain in his head and back.

7. Defendant failed/delayed to refer Plaintiff to a specialist that could have diagnose Plaintiff's head and back from being in severe pain.

8. Defendant knows of and disregards an excessive risk to inmate health and safety.

9. Plaintiff's head and back left unattended, poses a substantial risk of serious harm.

10. Defendant course of treatment he intentionally chose was medically unacceptable under the circumstances and that chose was in conscious disregard of an excessive risk to the Plaintiff health.

11. Defendant intentionally interfere with medical treatment by denying/delaying a referral to a Specialist while Plaintiff was in severe pain.

12. Defendant denial/delayed in seeking treatment did adversely affect Plaintiff prognosis.

13. Plaintiff been complaining about severe pain in his head and back, and need of a Specialist.

14. Defendant denial/delayed/delayed of a Specialist has caused Plaintiff's head and back to be in severe pain, loss of mobility and permanent injury.

15. Defendant has been Plaintiff's PCP for approximately 16 months and continuing, and is aware that Plaintiff was having severe pain in his head and back, and needed a referral to a Specialist.

16. Defendant reviewed Plaintiff's medical records and possessed general knowledge of Plaintiff's medical history.

17. Defendant knew of risk of injury to Plaintiff severe pain in his head and back, with his head and back being based on the fact Plaintiff continually informed Defendant of the severe pain. Defendant ignored his complaints for appropriate specialist referral.

18. Defendant lack of treatment caused Plaintiff's condition to worsen, causing wanton and unnecessary severe pain in his head and back.

19. Plaintiff was experiencing the kind of pain associated with a cervical spine condition.

20. Defendant failure to treat or address Plaintiff complaints of severe pain with his head and back caused him wanton and unnecessary severe pain, as a result of Defendant untreated condition.

21. Defendant failed to investigate condition to provide Plaintiff with effective treatment.

22. Defendant failed to provide proper medical attention needed to properly diagnose fully of Plaintiff's injuries that further denied Plaintiff's medical needs.

23. Plaintiff severe pain and denial/delayed/delay of a Specialist affected his daily activities.

24. Defendant violated Plaintiff's Eighth Amendment Right by causing cruel and unusual punishment with lack of medical care, denied Plaintiff's access to medical attention, serious medical condition denial/delayed (continuing the denial/delayed/delay) that has led to Plaintiff's disability and caused his head and back to continuing to be in severe pain.

**Defendant knew that Plaintiff was exposed to risk of serious injury through his failure to provide medical treatment.**

25. Defendant is Plaintiff's Primary Care Physician for over 16 months and continuing.

26. Defendant accessed the computer medical file of Plaintiff to determine his chief complaint, severe pain and medications are not relieving the severe pain. Defendant knew Plaintiff suffers from severe pain in his head and back, and needed a Specialist.

27. Defendant failed to provide Plaintiff access to adequate pain medications.

28. Defendant denial/delayed in seeking treatment could adversely affect Plaintiff prognosis.

29. Defendant denial/delayed has caused Plaintiff's head and back to be in severe pain. Plaintiff is losing his ability to be mobile.

30. A reasonable individual in Defendant Idalberto Zaldivar-Galves, MD, PCP's situation would have known that, by failing to act to obtain medical care for Plaintiff, he was violating his constitutional right.

31. Plaintiff was experiencing the kind of pain associated with a cervical spine.

32. Defendant knew Plaintiff could have permanent damages for not receiving medical treatment for head and back. Creating grave risks of physical harm, injury, through the bestial conditions and punishment, which Plaintiff was forced to undergo, it was or should have been reasonably foreseeable to Defendant that Plaintiff would suffer serious injury; Plaintiff was harmed by Defendant's denial/delayed. As a direct and/or proximate result of Defendant's actions, Plaintiff experienced excruciating pain, and loss of mobility.

33. Plaintiff informed Defendant of his severe pain, and loss of mobility. Defendant chose to ignore Plaintiff's complaints of severe pain, and loss of mobility.

34. Defendant was aware of Plaintiff's condition because he reviewed Plaintiff's medical records and possessed general knowledge of Plaintiff's medical history, but failed to

CIVIL RIGHTS COMPLAINT BY A PRISONER

investigate and adequately monitor Plaintiff's condition so that they could provide Plaintiff with effective treatment, such as a specialist.

35. Defendant's lack of treatment caused Plaintiff's condition to worsen, causing extreme pain.

36. Defendant acted in conscious disregard of an excessive risk of harm to the health and safety of Plaintiff.

37. The severe pain, and loss of mobility, and denial/delayed of a Specialist, affected Plaintiff daily activities and that the lack of treatment exposed Plaintiff to the risk of temporary and permanent damage to his head and back. Plaintiff has been in severe pain in his head and back, based on the lack of treatment that cause Plaintiff's condition to worsen, which cause extreme pain.

38. Defendant's deliberate denial/delayed in providing medical treatment for Plaintiff's head and back pain, with his head and back being in severe pain and failing to refer to a specialist resulted in Plaintiff's wanton and unnecessary pain.

39. Defendant has violated his Eight Amendment rights because Defendant denied and denied Plaintiff's access to medical treatment for over 16 months and continuing, with severe pain to his head and back.

## EXHAUSTED REMEDIES

40. Appeal (SATF HC 25001259) (1259) was submitted on May 25, 2025.

41. Appeal 1259 had no intervention on July 31, 2025 at First Level.

42. Appeal 1259 was submitted to Headquarters' Level, and had no intervention on October 31, 2025.

## CAUSE OF ACTION
(42 U.S.C. §1983; 8th Amendment to U.S. Constitution)

43. Plaintiff refers to and incorporates herein by reference the allegations contained in paragraphs 1 through 42, above.

44. Defendant violated Plaintiff's right to be free from cruel and unusual punishment guaranteed to Plaintiff by the Eight Amendment to the United States Constitution by their actions of denying and delaying medical treatment for his pain and loss of mobility with severe pain in his head and back, with his head and back being in severe pain, and Defendant is aware that Plaintiff head and back was in severe pain.

45. Defendant wrongful actions alleged herein are in violations of 42 U.S.C. §1983 because he had deprived Plaintiff of rights, benefits, and privileges secured by the United States Constitution.

46. Defendant acted under color and authority of State laws.

47. The actions, omissions and conduct of Defendant demonstrate deliberate indifference to Plaintiff's Eighth Amendment Rights.

48. As a proximate result of Defendant violation of Plaintiff's right to be free from cruel and unusual punishment while at SATF, Plaintiff has suffered, is suffering and will continue to suffer irreparable damages, based on denial delayed of medical treatment.

49. As a direct and foreseeable result of Defendant violation of the Eighth Amendment, Plaintiff has suffered, is suffering and will continue to suffer harm to his head and back and mobility, which will likely cause irreparable harm and permanent harm to his head and back.

50. An actual controversy exists between Plaintiff and Defendant concerning their rights, privileges and obligations.

51. Defendant acts were willful, intentional, malicious, wanton and despicable unconscious disregard of Plaintiff's rights, entitling Plaintiff to an award of exemplary damages.

## PRAYER FOR RELIEF

Wherefore, Plaintiff respectfully prays for relief as follows;

1. Award Plaintiff compensatory damages in an amount to be determined at Trial;

2. Award Plaintiff punitive and exemplary damages in an amount to be determined at Trial;

3. Award Plaintiff, pursuant to 29 U.S.C. §794 (b), §§1988 and 122205, the cost of this suit and reasonable attorney's fees and litigation expense; and

4. Award such other and further relief as the Court deems just and proper.

Dated: November 13, 2025

Respectfully submitted,

*[signature]*

RODOLFO MARTINEZ

## VERIFICATION

I, Rodolfo Martinez, say: I am the Plaintiff in this above-entitled action; I have read the foregoing CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. §1983 and all-supporting attachments and I know the contents thereof: This is true of my own knowledge and I make this verification because the facts set forth in the Complaint are within my knowledge.

I declare under the penalty of perjury that the foregoing is true and correct, and that this verification was executed this 13th day of November of 2025, at Corcoran, California, 93212.

*[signature]*

RODOLFO MARTINEZ